**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

**Sandra Lynn Newhouse**                     Case No.: **11−78768−pwb**
                                             Chapter: **7**
                                             Judge: **Paul W. Bonapfel**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**               **To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition:**        **From the Date of Filing of the Petition**
N/A                                                  N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A


**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**

Statement of Financial Affairs (Form 7)

Schedules A thru J (All Schedules must be filed, even if the information called for is not applicable)

Summary of Schedules, Page 1 (Form 6−Summary)

Statistical Summary (Form 6−Summary)

Declaration Concerning Debtor's Schedules (Form 6)

Statement of Current Monthly Income (Form 22A) (Ch 7)

Certificate of Credit Counseling

Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self−employed or other explanation.


Dated: 10/4/11                               M. Regina Thomas
                                             Clerk of Court

Form 430                                     By: Debra Smothers
                                                 Deputy Clerk