# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

Sandra L. Newhouse
NAME OF DEBTOR(S)

286 Powers Place
ADDRESS

Marietta, GA 30067
CITY, STATE, ZIP

CASE NO. 11-78768

TELEPHONE NO. 770/565-3450

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

OCT 03 2011 PM04:20

Did anyone assist you in any way in the preparation of this petition?
**ANSWER:** YES ☐   NO ☒

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____                    _____
CITY, STATE, ZIP CODE                  TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
**ANSWER:** YES ☐   NO ☒   IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
**ANSWER:** YES ☒   NO ☐

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
2011

_Sandra L. Newhouse_
PRO SE PETITIONER

Subscribed and sworn to before me on the 3rd day of Oct, 2011

_____                    _Alexis Spence_
NOTARY PUBLIC                          DEPUTY CLERK

F61 (psafd) 04/04