**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re: Debtor(s)
    **Sandra Lynn Newhouse**

Case No.: **11–78768–pwb**
Chapter: **7**

# ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS FOR INDIVIDUALS IN CHAPTER 7 CASE

    **IT IS ORDERED** that the Debtor or Debtors (hereinafter "Debtor") may pay the filing fee in installments on the terms indicated in the Debtor's Application.

    **IT IS FURTHER ORDERED** that until the filing fee is paid in full the Debtor shall not pay any money for services in connection with this case, and the Debtor shall not relinquish any property as payment for services in connection with this case.

    **IT IS SO ORDERED,** on October 4, 2011 .

Paul W. Bonapfel
United States Bankruptcy Judge

Form 304i